# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MELINA RAZAVI,<br>　　　　Plaintiff,<br>　　v.<br>CARLOS COTI, et al.,<br>　　　　Defendants. | Case No. 17-cv-04341-BLF<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff is ORDERED TO SHOW CAUSE, in writing and on or before December 1, 2017, why this action should not be dismissed for failure to effect service of process within 90 days after the complaint was filed as required under Federal Rule of Civil Procedure 4(m).

**IT IS SO ORDERED.**

Dated: November 9, 2017

_____
BETH LABSON FREEMAN
United States District Judge